# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:19-mj-878-EJY |
| ) | |
| CAMERON BREWSTER ) | Charging District: Southern District of New York |
| *Defendant* ) | Charging District's Case No. 19-cr-833 |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
NOV 20 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Thurgood Marshall – U.S. Courthouse 40 Foley Square New York, NY 10007 | Courtroom No.: TBD |
|---|---|
| | Date and Time: 12/06/2019 at 10:45am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: November 20, 2019

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*